STATE v. MOODY

No. 64A96-4

Case below: Davidson County Superior Court

Petition by defendant for writ of certiorari to review the order of Superior Court, Davidson County, denied 6 March 2002.

STATE v. NEWSOME

No. 670P01

Case below: 146 N.C. App. 754

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 2002.

STATE v. NICHOLSON

No. 564A99

Case below: 355 N.C. 1

Motion by defendant to stay the mandate denied 11 February 2002.

STATE v. PUGH

No. 13P02

Case below: 147 N.C. App. 789

Notice of appeal by respondent pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 6 March 2002. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. PULLEY

No. 71P02

Case below: 148 N.C. App. 217

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.